RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
Nevada State Bar No. 14655C
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Luis Gustavo Salguero-Salguero

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>LUIS GUSTAVO SALGUERO-SALGUERO,<br><br>              Defendant. | Case No. 2:20-mj-01031-NJK<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Luis Gustavo Salguero-Salguero, that the Preliminary Hearing currently scheduled on March 4, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.      Mr. Salguero-Salguero is still considering the government's fast-track offer as well as reviewing relevant immigration issues. He needs additional time to investigate and consider his options.

2. Defendant is incarcerated and does not object to a continuance.

3. The parties stipulate and agree that the time between today and the scheduled preliminary hearing is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv)..

This is the first request for continuance filed herein.

DATED this 19th day of February 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Katherine Tanaka*<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By */s/ Jared Grimmer*<br>JARED GRIMMER<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>LUIS GUSTAVO SALGUERO-SALGUERO,<br><br>   Defendant. | Case No. 2:20-mj-01031-NJK<br><br>**ORDER** |

  Based on the Stipulation of counsel and good cause appearing,

  IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on March 4, 2021 at the hour of 4:00 p.m., be vacated and continued to April 6, 2021, at 4:00 p.m., in Courtroom 3C.

  DATED this 19th day of February 2021.

                _____
                UNITED STATES MAGISTRATE JUDGE