RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
California State Bar No. 314082
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Luis Gustavo Salguero-Salguero

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LUIS GUSTAVO SALGUERO-SALGUERO,<br><br>    Defendant. | Case No. 2:20-mj-01031-NJK<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Luis Gustavo Salguero-Salguero, that the Preliminary Hearing currently scheduled on May 11, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.    Mr. Salguero-Salguero needs additional time to investigate potential immigration issues and consider whether he will proceed to trial.

2.    Defendant is incarcerated and does not object to a continuance.

3. The parties stipulate and agree that the time between today and the scheduled preliminary hearing is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv)..

This is the third request for continuance filed herein.

DATED this 28th day of April 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Katherine Tanaka*<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By */s/ Jared Grimmer*<br>JARED GRIMMER<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:20-mj-01031-NJK |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| LUIS GUSTAVO SALGUERO-SALGUERO, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on May 11, 2021 at the hour of 4:00 p.m., be vacated and continued to July 14, 2021, at 4:00 p.m.

DATED: April 28, 2021.

_____
UNITED STATES MAGISTRATE JUDGE